IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, <br><br> Plaintiff, <br><br> v. <br><br> NUCAR CONNECTION and <br> KIA AUTO SALES, INC. <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : C. A. No. 06-749 <br> : <br> : <br> : <br> : <br> : |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Megan T. Mantzavinos, Esquire as attorney for Defendant Nucar Connection. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

    /s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Nucar Connection*

DATED: January 11, 2007

DE074043.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELVIN BAISDEN, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-749 |
| NUCAR CONNECTION and KIA AUTO SALES, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, hereby certify that on **January 11, 2007,** I electronically filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**Timothy J. Wilson, Esquire.**

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Nucar Connection*

DE074045.1