IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-749 |
| | : |
| NUCAR CONNECTION and | : |
| KIA AUTO SALES, INC. | : |
| | : |
| Defendants. | : |

## MOTION & ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D.Del. LR 83.5 and the attached certification, the undersigned counsel hereby moves the admission *pro hac vice* of Elizabeth F. Walker, Esquire to represent Nucar Connection in the above-captioned matter.

Respectfully submitted,

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Nucar Connection*

Date: January 11, 2007

DE074050.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:

_____
United States District Judge

DE074050.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Melvin Baisden | ) | |
|     Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Nucar Connection and | ) | Civil Action No.06-749 |
| Kia Auto Sales, Inc. | ) | |
|     Defendants | ) | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey and the United States District Courts of the District of New Jersey, the Eastern District of Pennsylvania, the Middle District of Pennsylvania and the Western District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Elizabeth F. Walker, Esquire
**CAMPBELL, WALKER & STOKES**
1818 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 430-6386
Fax: (913) 498-5547
Email: Beth.Walker@Zurichna.com

Date: January 11, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-749 |
| NUCAR CONNECTION and KIA AUTO SALES, INC. | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, hereby certify that on **January 11, 2007**, I electronically filed **Motion & Order for Admission *Pro Hac Vice*** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Timothy J. Wilson, Esquire.**

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Nucar Connection*

DE074051.1