IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

AUG 15 2007

| | |
|---|---|
| **MELVIN BAISDEN** | * |
| Plaintiff, | * |
| vs. | * C.A. CASE NO.: 06-749 |
| **NUCAR CONNECTION, INC. et al** | * |
| Defendant | * |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above captioned action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

| | |
|---|---|
| Timothy Wilson, Esquire | Elizabeth F. Walker, Esquire |
| Attorney for Plaintiff | Attorney for Defendant, NuCar Connection, Inc. |
| MARTIN & WILSON | KENNEDY, LIPSKI & McDADE |
| 1508 Pennsylvania Ave. | 1818 Market Street, Suite 2510 |
| Wilmington, DE 19806 | Philadelphia, PA 19103 |
| 302) 777-4681 | (215) 430-6386 |
| (302) 777-4682 (fax) | (215) 430-6351 (fax) |
| Email: twilson@martinandwilson.com | Email: beth.walker@zurichna.com |

*[signature]*
Megan Trocki Mantzavinos (DE ID #3802)
Attorney for Defendant, NuCar Connection, Inc.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com


APPROVED BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVIN BAISDEN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-749 |
| : | |
| NUCAR CONNECTION and : | |
| KIA AUTO SALES, INC. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, hereby certify that on **August 20, 2007**, I electronically filed **Stipulation and Order of Dismissal** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: **Timothy J. Wilson, Esquire.**

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire/ID No. 3802
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Nucar Connection*

DE089139.1