IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| **MELVIN BAISDEN** | * |
| Plaintiff, | * |
| vs. | * C.A. CASE NO.: 06-749 |
| **NUCAR CONNECTION, INC. et al** | * |
| Defendant | * |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above captioned action is hereby dismissed, with prejudice. Each party shall bear its own costs and attorneys fees.

_____
Timothy Wilson, Esquire
Attorney for Plaintiff
MARTIN & WILSON
1508 Pennsylvania Ave.
Wilmington, DE 19806
302) 777-4681
(302) 777-4682 (fax)
Email: twilson@martinandwilson.com

_____
Elizabeth F. Walker, Esquire
Attorney for Defendant, NuCar Connection, Inc.
KENNEDY, LIPSKI & McDADE
1818 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 430-6386
(215) 430-6351 (fax)
Email: beth.walker@zurichna.com



FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case 1:06-cv-00749-***   Document 6   Filed 08/20/2007   Page 2 of 2

/s/ Megan Mantzavinos
Megan Trocki Mantzavinos (DE ID #3802)
Attorney for Defendant, NuCar Connection, Inc.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: mmantzavinos@mooclaw.com


APPROVED BY THE COURT:


/s/ Joseph J. Farnan
J.